IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JILLIAN WEISS, Individually and on behalf of all others similarly situated, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 2:20-cv-00001-JRG-RSP |
| SIMPLE CUSTODIAN SERVICES, LLC and JULIETTE GRAVES, | § § § | |
| *Defendants*. | § § | |

## ORDER

Defendants Simple Custodian Services, LLC and Juliette Graves (collectively, the "Defendants") previously filed: (1) the Motion to Dismiss (Dkt. No. 6); (2) the Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. No. 16); and (3) the Motion for Summary Judgment and Motion to Dismiss (Dkt. No. 20) (collectively, the "Defendants' Motions"). Plaintiff Jillian Weiss ("Plaintiff") previously filed the Rule 56(d) Motion for Continuance of Defendants' Motion for Summary Judgment (Dkt. No. 26) ("Plaintiff's Motion"). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 44), recommending denial of Defendants' Motions and denial of Plaintiff's Motion as moot. Given that no objections have been filed and for the reasons set forth in the Report and Recommendation, the same is hereby **ADOPTED**. It is therefore **ORDERED** that Defendants' Motions (Dkt. Nos. 6, 16, 20) be **DENIED** and Plaintiff's Motion (Dkt. No. 26) be **DENIED AS MOOT**.

**So ORDERED and SIGNED this 12th day of March, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE